[No. 6954-7-II.  Division Two.  June 25, 1984.]

CYNTHIA CAROL DEAN, *Appellant,* v. ROBERT J.
FISKE, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Kitsap
County, No. 82-2-01001-6, Leonard W. Kruse, J., entered
February 25, 1983. *Affirmed* by unpublished opinion per
Reed, J., concurred in by Petrich, C.J., and Petrie, J.

[No. 6218-6-II.  Division Two.  June 25, 1984.]

MICHAEL F. GALFANO, ET AL, *Respondents,* v. KEN
COHN, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 278612, John B. Troup, J. Pro Tem., entered
February 22, 1982. *Affirmed* by unpublished opinion per
Reed, J., concurred in by Petrich, C.J., and Petrie, J.

[No. 6443-0-II.  Division Two.  June 26, 1984.]

THE STATE OF WASHINGTON, *Appellant,* v. DAVID
A. STILTNER, *Respondent.*

Appeal from a judgment of the Superior Court for Thur-
ston County, No. 81-1-00119-3, Frank E. Baker, J., entered
June 9, 1982. *Affirmed* by unpublished opinion per Petrie,
J., concurred in by Petrich, C.J., and Reed, J.